CATHERINE TOMS, as Administratrix of the Estate of JAMES TOMS, Deceased, Respondent, *v.* POST & MCCORD, Appellant, Impleaded with Another.

*Toms* v. *Post & McCord*, 168 App. Div. 942, affirmed.
(Argued October 31, 1916; decided November 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

May 13, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of the defendant, appellant, his employer. The negligence charged in the complaint is: Defects in the condition of the ways, works and plant, in that the girder on which the plaintiff's intestate was required to work was inadequate and insufficient for his safety, and was coated with ice and was slippery and dangerous. Negligence of superintendence and of a person intrusted with authority to direct, control and command the plaintiff's intestate, in directing and requiring the plaintiff's intestate to work upon an iron or steel girder while the same was inadequate and insufficient for his safety, and coated with ice and slippery and dangerous, and in failing to provide the plaintiff's intestate with an adequate and sufficient scaffold and with a reasonably safe place to work, planks and materials.

*E. Clyde Sherwood, William B. Davis* and *Amos H. Stephens* for appellant.

*Ralph Gillette* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ.